1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| ROBERT BARBERA, | Case No. 2:24-cv-02550-JDP |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON JOINT STIPULATION TO SET ASIDE ENTRY OF DEFAULT** |
| v. | |
| SHORT STORY, INC., | *Assigned to Magistrate Judge Jeremy D. Peterson* |
| Defendant. | Action Filed:  September 20, 2024<br>Trial Date:  N/A |

**[PROPOSED] ORDER**

The Court HEREBY ORDERS:

Having considered the Parties' Joint Stipulation, and for good cause, the Clerk's Entry of Default against Defendant Short Story, Inc. (Dkt. No. 6) is set aside. Defendant Short Story, Inc. shall have until December 11, 2024 to answer the Complaint.

IT IS SO ORDERED.

Dated:   December 4, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE