UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARBERA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SHORT STORY, INC.,<br><br>　　Defendant. | Case No.:   2:24-cv-02550-DJC-JDP<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Robert Barbera and Defendant Short Story, Inc., IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

　　IT IS SO ORDERED.

Dated:  May 5, 2025　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE